# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:94-CR-00007-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ERIC CRUZ BAZAN, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' Petition for Remission of Fine (the "Petition"). [Doc. No. 37]. The Petition concerns a fine of $1,000.00 imposed on Defendant Bazan as part of his sentence for violating 21 U.S.C. § 846 (conspiracy to possess with intent to distribute a quantity of marijuana). *See* [Doc. No. 28]; [Doc. No. 37] at p. 2. The United States contends that the Defendant is not a United States citizen and has either been deported or does not possess a valid social security number. According to the United States, there is no reasonable likelihood that expending further efforts will result in the collection of the unpaid portion of the criminal fine rendered against the Defendant. Consequently, the United States requests that this Court remit the unpaid balance of the Defendant's fine. This matter is unopposed.

**IT IS, THEREFORE, ORDERED THAT**, pursuant to 18 U.S.C. § 3573(1), any remaining unpaid balance of the fine of $1,000.00 due and owing the United States as a result of Defendant's violation of 21 U.S.C. § 846 is hereby **REMITTED**.

**SO ORDERED**.

Signed: December 7, 2015

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge